PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00065-CKD |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE ) BENCH TRIAL AND SET CHANGE OF |
| v. | ) PLEA AND SENTENCING HEARING |
| RAYMOND POHLMAN, | ) |
| Defendant. | ) DATE:  May 6, 2021 ) TIME:  9:00 a.m. ) JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on May 6, 2021.

2. Since the status conference, the defendant has agreed to accept a plea offer in lieu of going to trial.

3. By this stipulation, the parties now jointly move to vacate the bench trial on May 6, 2021 and set a change of plea and

sentencing hearing on May 6, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: April 5, 2021          PHILLIP A. TALBERT
                              Acting United States Attorney

                        By:   */s/ Alstyn Bennett*
                              ALSTYN BENNETT
                              Assistant U.S. Attorney


                              */s/ Linda Allison*
                              LINDA ALLISON
                              Assistant Federal Defender
                              Counsel for Defendant
                              (*Per 04/04/2021 email authorization from Linda Allison*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial currently set for May 6, 2021 is vacated and a change of plea and sentencing hearing is set for May 6, 2021 at 9:00 a.m.

FOUND AND ORDERED

Dated:  April 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE